**DUANE MORRIS** LLP
A Delaware Limited Liability Partnership
By:    William J. Votta (WV 5245)
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Telephone: 973.424.2000
Facsimile: 973.424.2001
 Attorneys for Plaintiffs and
  Third-Party Defendants
   Mark R. Graham and Peter L. Getz

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CUTTR//// HOLDINGS LLC and CUTTR, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> SETH S. PATINKIN, BELLA PROSPER LLC and HAO FANG, LLC, <br><br>  Defendants. | Civil Action No. <br> 2:05-CV-04537 (WJM) (MF) |
| SETH S. PATINKIN, <br><br>  Counterclaimant/Third-Party Plaintiff, <br><br> v. <br><br> CUTTR//// HOLDINGS LLC, CUTTR, INC., MARK R. GRAHAM, ALEXANDER BAYTIN, PETER L. GETZ and JOHN DOES 1 through 50, <br><br>  Counterdefendants/Third-Party Defendants. | **JUDGMENT** |

  Plaintiffs CUTTR//// Holdings LLC and CUTTR, Inc., having filed the Complaint in the

above-captioned matter against defendants Seth S. Patinkin, Bella Prosper LLC, and Hao Fang

LLC; and Third Party Defendant Mark R. Graham having filed Counterclaims against Third Party Plaintiff Seth Patinkin; and the Court having on April 22, 2008 entered an Order granting Plaintiffs a default judgment on their claims against Defendants, and Third Party Defendant Graham a default judgment on his counterclaims against Third Party Plaintiff Patinkin; and the Court having considered the evidence on damages submitted by Plaintiffs and Third Party Defendant Graham; and there having been no opposition or contrary evidence submitted by Defendants or Third Party Plaintiff Patinkin; and good cause appearing;

IT IS on this 14 day of July, 2008, hereby

**ORDERED and ADJUDGED** that Judgment be entered in favor of plaintiffs CUTTR//// Holdings LLC and CUTTR, Inc., and against defendants Seth S. Patinkin, Bella Prosper LLC, and Hao Fang LLC, jointly and severally, on Counts I-III of Plaintiffs' Complaint, for Conversion, Fraud, and Breach of Fiduciary Duty, respectively, in the total amount of $238,684; and, it is further

**ORDERED and ADJUDGED** that Judgment be entered in favor of Third Party Defendant Mark R. Graham and against Third Party Plaintiff Seth Patinkin on Counts I-IV of Graham's Counterclaims, for Tortious Interference With Prospective Economic Advantage, Intentional Infliction of Emotional Distress, Conversion, and Defamation, respectively, in the total amount of $25,000; and, it is further

**ORDERED and ADJUDGED** that Judgment be entered in favor of Plaintiffs CUTTR//// Holdings LLC and CUTTR, Inc., and Third Party Defendants Mark R. Graham and Peter L. Getz and against defendant Seth S. Patinkin on all of defendant Seth S. Patinkin's Third Party Claims and Counterclaims against them.

William J. Martini, U.S.D.J.

2